■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD LEE CONKLIN, Appellant.— Appeal by defendant from an order of the County

Court, Orange County, entered June 22, 1965, which denied without a hearing his application for resentencing. The judgment in question had theretofore been rendered by said court on April 3, 1959, upon a conviction of defendant for attempted robbery in the first degree, upon his plea of guilty. Appeal dismissed. An order denying such an application is not appealable (see Code Crim. Pro., § 517). However, we have examined the record and have considered defendant's contentions; and, if we were not dismissing the appeal, we would have affirmed the order. Beldock, P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.